**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dontae R. DOWNES, Petitioner**

**No. 242 EAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Motion for Stay of Petition for Allowance of Appeal and For Remand to the Trial court for a Hearing on After–Discovered Evidence is **DENIED**.

---

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Wesley Rashawn RICHARDS,**
**Petitioner**

**No. 295 WAL 2016**

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.